# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| IN RE APPLICATION FOR SEARCH WARRANT | Case No. 3:20-mj-00303 <br><br> Magistrate Judge Caroline H. Gentry |

## ORDER GRANTING MOTION TO UNSEAL CASE WITH REDACTIONS

This matter is before the Court on the government's Motion to Unseal with Redactions (Doc. No. 20). The Court has reviewed the contents of the sealed materials and redacted documents and, upon consideration, finds that the government's Motion is well-taken. Accordingly, the Court **GRANTS** the Motion to Unseal with Redactions. It is hereby **ORDERED**:

1. The Clerk of Court shall permanently seal the Application and Supporting Affidavit (Doc. No. 1), Search Warrant (Doc. No. 2), Return (Doc. No. 4), and any previously-filed applications and orders for non-disclosure and sealing (Doc. Nos. 3, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, and 19);

2. Exhibits A through C of the Motion to Unseal with Redactions (Doc. Nos. 20-1, 20-2, and 20-3) are deemed the redacted version of the Application and Supporting Affidavit, Search Warrant, and Return; and

3. Subject to the above exceptions, the Clerk of Court shall unseal the case.

**IT IS SO ORDERED.**

    *s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge